MOORE, Judge,
dissenting.
I respectfully dissent from the main opinion because I cannot agree that the hearing officer acted arbitrarily and capriciously in determining that Barry Long is qualified to hold the position of programmer/analyst. Based on the testimony from both Long and Connie Rozier that Long could perform the work of a programmer/analyst with training, the hearing officer could have determined that Long had the aptitude[5] in accounting listed as a qualification for that position. Because the evidence was sufficient to support a finding that Long was qualified for the position of programmer/analyst, the hearing officer correctly concluded that the Mobile County Board of School Commissioners failed to comply with the reduetion-in-force policy by terminating Long’s employment.
Based on our standard of review, I conclude that we are bound to affirm the hearing officer’s decision. Because the majority of the court disagrees, I respectfully dissent.

. Definitions for "aptitude” include "capacity for learning” and "general suitability.” See Merriam-Webster’s Collegiate Dictionary 62 (llthed.2003).